

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TARGET LOGISTICS, INC., | § | No. 08-13-00099-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| THE OFFICE OF THE ATTORNEY | § | |
| GENERAL OF TEXAS, JUAN | | of El Paso County, Texas |
| RAMIREZ, AND DORA ANGELICA | § | |
| RAMIREZ, | | (TC# 2011CM095) |
| | § | |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for new trial, in accordance with this Court's opinion. The Court makes no further order as to costs of appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF JUNE, 2015.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment